1  Glenn Zuckerman
2  **WEITZ & LUXENBERG, PC**
   700 Broadway
3  New York, New York 10003
   Telephone: 212-558-5000
4  Facsimile: 212-344-5461
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | This Document Relates to:                           )
13 | *Grant Kiser v. Pfizer Inc, et al.*                 )   **MDL NO. 1699**
   | (06-6118 CRB)                                       )   **District Judge: Charles R. Breyer**
14 |                                                     )
   | *Connie Friedman-May, et al. v. Pfizer Inc, et*     )
15 | *al.*                                               )
   | (06-6119 CRB)                                       )
16 |                                                     )   **STIPULATION AND ORDER OF**
   | *Noralynn Roman, et al. v. Pfizer Inc, et al.*      )   **DISMISSAL WITH PREJUDICE**
17 | (06-6120 CRB)                                       )
   |                                                     )
18 | *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
   | (06-6121 CRB)                                       )
19 |                                                     )
   | *Robert McCarrell v. Pfizer Inc, et al.*            )
20 | (06-6124 CRB)                                       )
   |                                                     )
21 | *Doris Hocker v. Pfizer Inc, et al.*                )
   | (06-6129 CRB)                                       )
22 |                                                     )
   | *Patricia Rogers v. Pfizer Inc, et al.*             )
23 | (06-6130 CRB)                                       )
   |                                                     )
24 | *Robert Bates, et al. v. Pfizer Inc, et al.*        )
   | (06-6131 CRB)                                       )
25 |                                                     )
   | *Patrick Lynch v. Pfizer Inc, et al.*               )
26 | (06-6132 CRB)                                       )
   |                                                     )
27 | *Christine Sullivan, et al. v. Pfizer Inc, et al.*  )
   | (06-6157 CRB)                                       )
28

-1-

| | |
|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* (06-6158 CRB) ) |
| 2 | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* (06-6161 CRB) ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* (06-6165 CRB) ) |
| 5 | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* (06-6166 CRB) ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* (06-6168 CRB) ) |
| 8 | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* (06-6169 CRB) ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* (06-6171 CRB) ) |
| 11 | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* (06-6173 CRB) ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* (06-6180 CRB) ) |
| 14 | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* (06-6186 CRB) ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* (06-6190 CRB) ) |
| 17 | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* (06-6091 CRB) ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* (06-6194 CRB) ) |
| 20 | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* (06-6195 CRB) ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* (06-6196 CRB) ) |
| 23 | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* (06-6197 CRB) ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* (06-6198 CRB) ) |
| 26 | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* (06-6199 CRB) ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* ) |

-2-

| | |
|---|---|
| 1 | (06-6200 CRB) ) |
| 2 | *Louis Pratt v. Pfizer Inc, et al.* ) |
|   | (06-6201 CRB) ) |
| 3 |   ) |
|   | *Paul Madison v. Pfizer Inc, et al.* ) |
| 4 | (06-6202 CRB) ) |

1  (06-6200 CRB)

2  *Louis Pratt v. Pfizer Inc, et al.*
    (06-6201 CRB)

3

4  *Paul Madison v. Pfizer Inc, et al.*
    (06-6202 CRB)

5  *Nancy Smith, et al. v. Pfizer Inc, et al.*
    (06-6203 CRB)

6

7  *Walter Johnston v. Pfizer Inc, et al.*
    (06-6204 CRB)

8  *Murry McEwen v. Pfizer Inc, et al.*
    (06-6205 CRB)

9

10  *Charles Grififn, et al. v. Pfizer, Inc, et al.*
     (06-6206 CRB)

11  *Debbie Dethrage v. Pfizer Inc, et al.*
     (06-6207 CRB)

12

13  *Thomas Saunders, et al. v. Pfizer Inc, et al.*
     (06-6208 CRB)

14  *Rex McDonald v. Pfizer Inc, et al.*
     (06-6210 CRB)

15

16  *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*
     (06-6211 CRB)

17  *Marjory Goodwin v. Pfizer Inc, et al.*
     (06-6212 CRB)

18

19  *Joy Glenn, et al. v. Pfizer Inc, et al.*
     (06-6213 CRB)

20  *Connie Henderson, et al. v. Pfizer Inc, et al.*
     (06-6283 CRB)

21

22  *Aubrey Richardson, et al. v. Pfizer Inc, et al.*
     (06-7201 CRB)

23  *Glenn Snyder, et al. v. Pfizer Inc, et al.*
     (06-7202 CRB)

24

25  *Jacques Tetrault, et al. v. Pfizer Inc, et al.*
     (06-7203 CRB)

26  *Patricia Stevens v. Pfizer Inc, et al.*
     (06-7204 CRB)

27

28  *Robert Jennings, et al. v. Pfizer Inc, et al.*
     (06-7205 CRB)

-3-

| | |
|---|---|
| 1 | |
| 2 | *Alice Richardson, et al. v. Pfizer Inc, et al.* )<br>(06-7206 CRB) ) |
| 3 | *Steve Pardikes v. Pfizer Inc, et al.* )<br>(06-7306 CRB) ) |
| 4 | |
| 5 | *Rosalyn Chute v. Pfizer Inc, et al.* )<br>(06-7381 CRB) ) |
| 6 | *Carolyn Carter v. Pfizer Inc, et al.* )<br>(06-7570 CRB) ) |
| 7 | |
| 8 | *Margoth Gonzalez v. Pfizer Inc, et al.* )<br>(06-7571 CRB) ) |
| 9 | *Albert Blossom, et al. v. Pfizer Inc, et al.* )<br>(06-7676 CRB) ) |
| 10 | |
| 11 | *Viola Porter v. Pfizer Inc, et al.* )<br>(06-7882 CRB) ) |
| 12 | *Tami McKibben, et al. v. Pfizer Inc, et al.* )<br>(06-7883 CRB) ) |
| 13 | |
| 14 | *Joyce Matson, et al. v. Pfizer Inc, et al.* )<br>(06-7958 CRB) ) |
| 15 | *Michael Gatz, v. Pfizer Inc, et al.* )<br>(06-7959 CRB) ) |
| 16 | |
| 17 | *Shamela Carr v. Pfizer Inc, et al.* )<br>(07-0022 CRB) ) |
| 18 | *John Kennedy, Jr., et al. v. Pfizer Inc, et al.* )<br>(07-0023 CRB) ) |
| 19 | |
| 20 | *Debi Sweet v. Pfizer Inc, et al.* )<br>(07-0231 CRB) ) |
| 21 | *Clarence Bridges v. Pfizer Inc, et al.* )<br>(07-0413 CRB) ) |
| 22 | |
| 23 | *Elizabeth Hilton, et al. v. Pfizer Inc, et al.* )<br>(07-0611 CRB) ) |
| 24 | *Jeffrey Howard, et al. v. Pfizer Inc, et al.* )<br>(07-0816 CRB) ) |
| 25 | |
| 26 | *Brenda Brunson, et al. v. Pfizer Inc, et al.* )<br>(07-1280 CRB) ) |
| 27 | *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* )<br>(07-1353 CRB) ) |
| 28 | |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* (07-1432 CRB) )<br>) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* (07-1570 CRB) )<br>) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* (06-6815 CRB) )<br>) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* (07-1991 CRB) )<br>) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* (07-1992 CRB) )<br>) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* (07-2630 CRB) )<br>) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* (07-2690 CRB) )<br>) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* (07-2691 CRB) )<br>) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* (07-2692 CRB) )<br>) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* (07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42584625.1

DATED: 10-29, 2009    By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

_____
Hon. Charles R. Breyer
United States District Court

-6-